**FILED**
July 28, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
 )  Case No. MAG. 09-0116-DAD
            Plaintiff, )
v. )
 )  ORDER FOR RELEASE OF
 )  PERSON IN CUSTODY
MICHAEL DAVES, )
            Defendant. )
 )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL DAVES, Case No. MAG. 09-0116-DAD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $25,000.00.

    _X_   Unsecured Appearance Bond

    ___   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record.

    ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  07/28/09  at  2:25 pm.

By  _____
Edmund F. Brennan
United States Magistrate Judge