UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 14, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09CR00321-MCE-2 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| MICHAEL DAVES, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __MICHAEL DAVES__, Case No. __2:09CR00321-MCE-2__, Charge __18usc § 1029(a)(2)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 ___   Release on Personal Recognizance

 ___   Bail Posted in the Sum of $___

  ___   Unsecured Appearance Bond

  ___   Appearance Bond with 10% Deposit

  ___   Appearance Bond with Surety

  ___   Corporate Surety Bail Bond

  ✔   (Other)   __Released to the custody of Pretrial Services__

Issued at __Sacramento, CA__ on __September 14, 2009__ at __3:06 pm__.   *The deft. do be released. 9/15/09 – 8:30 a.m.*

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court