```
1  BENJAMIN B. WAGNER
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:09-cr-00321-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER RESETTING |
| v. ) | STATUS CONFERENCE AND EXCLUDING |
| ) | TIME UNDER THE SPEEDY TRIAL ACT |
| MICHAEL DAVES, ) | |
| ) | DATE: March 25, 2010 |
| Defendant. ) | TIME: 9:00 a.m. |
| _____ ) | CTRM: Hon. Morrison C. England, Jr. |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Michael Daves, by an through his counsel of record, Michael Bigelow Esq., hereby submit this stipulation and proposed order regarding the status conference set for February 12, 2010. The parties desire to move this appearance to March 25, 2010.

The defendant moves that time be excluded from February 12, 2010, through March 25, 2010, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(7)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare). Mr. Bigelow represents that he needs time review discovery, meet with his client, and meet with the government.

1

The defendant is aware of the request for continuance and approves of it.

              Respectfully submitted,

              BENJAMIN B. WAGNER
              United States Attorney

Dated: February 10, 2010   By: /s/ Robin Taylor
              ROBIN TAYLOR
              Assistant U.S. Attorney
              Attorneys for Plaintiff

DATED: February 10, 2010   By: /s/ Michael Bigelow
              MICHAEL BIGELOW
              Attorney for Defendant

              **ORDER**

 For good cause shown above,

 **IT IS SO ORDERED.**

Dated: February 11, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE