MICHAEL B. BIGELOW  SBN 65211
Attorney at Law
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Michael Daves


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               ) <br>            Plaintiff,         )<br>                               )<br>       v.                      )<br>                               )<br>   MICHAEL DAVES,              )<br>                               )<br>            Defendant.         )<br>_____ ) | CR S-09-0321 MCE<br><br>STIPULATION AND ORDER RESETTING<br>STATUS CONFERENCE AND EXCLUDING<br>TIME UNDER THE SPEEDY TRIAL ACT<br><br>DATE: May 6, 2010<br>TIME: 9:00 AM<br>CTRM:  MCE |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Michael Daves, by an through his counsel of record, Michael Bigelow Esq., hereby submit this stipulation and proposed order regarding the status conference set for March 25, 2010.  The parties desire to move this appearance to May 6, 2010.

The defendant moves that time be excluded from March 25, 2010, through May 6, 2010, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(7)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare).  Mr. Bigelow represents that he needs time review discovery, meet with his client, and meet with the government.

The defendant is aware of the request for continuance and approves of it.

                                          Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

Dated: March 24, 2010        By:  /s/ Robin Taylor
                                          ROBIN TAYLOR
                                          Assistant U.S. Attorney
                                          Attorneys for Plaintiff

DATED: March 24, 2010        By:/s/ Michael Bigelow
                                          MICHAEL B. BIGELOW
                                          Attorney for Defendant

                                          **ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

DATED: March 25, 2010

                                        MORRISON C. ENGLAND, JR
                                        UNITED STATES DISTRICT JUDGE