MICHAEL B. BIGELOW  SBN 65211
Attorney at Law
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Michael Daves


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                Plaintiff, )<br>                     v.            )<br>                                 )<br>MICHAEL DAVES, )<br>                            Defendant. ) | ) CR S-09-0321 MCE<br>)<br>) STIPULATION AND ORDER RESETTING<br>) STATUS CONFERENCE AND EXCLUDING<br>) TIME UNDER THE SPEEDY TRIAL ACT<br>)<br>) DATE: June 24, 2010<br>) TIME: 9:00 AM<br>) CTRM: MCE |

     The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Michael Daves, by an through his counsel of record, Michael Bigelow Esq., hereby submit this stipulation and proposed order regarding the status conference set for May 6, 2010.  The parties desire to move this appearance to June 24, 2010.

     The defendant moves that time be excluded from May 6, 2010, through June 24, 2010, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare).  Mr. Bigelow represents that he needs time review discovery, meet with his client, and meet with the government.

The defendant is aware of the request for continuance and approves of it.

```
                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated: May 5, 2010          By:    /s/ Robin Taylor
                                    ROBIN TAYLOR
                                    Assistant U.S. Attorney
                                    Attorneys for Plaintiff


DATED: May 5, 2010                 By:/s/ Michael Bigelow
                                    MICHAEL B. BIGELOW
                                    Attorney for Defendant
```

## ORDER

For good cause shown above,

**IT IS SO ORDERED pursuant to** 18 U.S.C. § 3161(h)(7)(B)(iv).

DATED: _May 5, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

_____