MICHAEL B. BIGELOW  SBN 65211
Attorney at Law
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Michael Daves


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR S-09-0321 MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER RESETTING |
| v. | ) | STATUS CONFERENCE AND EXCLUDING |
| | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| MICHAEL DAVES, | ) | |
| | ) | DATE: August 5, 2010 |
| Defendant. | ) | TIME: 9:00 AM |
| | ) | CTRM: MCE |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Michael Daves, by an through his counsel of record, Michael Bigelow Esq., hereby submit this stipulation and proposed order regarding the status conference set for June 24, 2010.  The parties desire to move this appearance to August 5, 2010.

The defendant moves that time be excluded from June 24, 2010, through August 5, 2010, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(7)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare).  Mr. Bigelow represents that he needs time review discovery, meet with his client, and meet with the government.

    The defendant is aware of the request for continuance and approves of it.

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: June 22, 2010            By:   /s/ Robin Taylor
                                    ROBIN TAYLOR
                                    Assistant U.S. Attorney
                                    Attorneys for Plaintiff

DATED: June 22, 2010            By:/s/ Michael Bigelow
                                    MICHAEL B. BIGELOW
                                    Attorney for Defendant


                            **ORDER**


    For good cause shown above,

**IT IS SO ORDERED.**

**Dated: June 23, 2010**

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE