**MICHAEL B. BIGELOW**
**Attorney at Law**
State Bar No. 65211
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Defendant
Michael Daves

### IN THE UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S 09-321 MCE |
| ) | |
|      Plaintiff, ) | STIPULATION AND ORDER MODIFYING |
| ) | CONDITIONS OF RELEASE |
|   vs. ) | |
| ) | ORDER |
| MICHAEL DAVES ) | |
| ) | |
|       Defendant ) | |

IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that Michael Daves, defendant herein, may utillize his computer for school and work purposes only.

The above referenced modification has been discussed with Pre-Trial Services Officer, Stephen Sheehan, and he is in agreement.

All other conditions of pre-trial release to remain in full force and effect.

**IT IS SO STIPULATED**


/S/ Robin Taylor
Robin Taylor, Esq.,                          Dated: August 23, 2010
Assistant United States Attorney
Attorney for Plaintiff



/S/Michael B. Bigelow                        Dated: August 23, 2010
Michael B. Bigelow
Attorney for Defendant


**ORDER**

   **IT IS ORDERED** that pursuant to stipulation and with the

concurrence of pretrial services, Michael Daves is permitted to

own and use a computer for school and work purposes only.

DATED: August 25, 2010.


_____
U.S. MAGISTRATE JUDGE


-2-