MICHAEL B. BIGELOW  SBN 65211
Attorney at Law
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217
Email: mbigelow6401@sbcglobal.net

Attorney for Michael Daves

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:09-cr-00321-MCE |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER RESETTING |
| | ) SENTENCING |
| MICHAEL DAVES, | ) |
| Defendant. | ) DATE: February 17, 2011 |
| | ) TIME: 9:00 AM |
| | ) CTRM: MCE |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Michael Daves, by an through his counsel of record, Michael Bigelow Esq., hereby submit this stipulation and proposed order rescheduling sentencing presently scheduled for December 16, 2010.  The parties desire to move this appearance to February 17, 2011. This continuance is necessary because other matters have made it difficult for counsel to meet with Mr. Daves and discuss sentencing issues and the fact the government's counsel is in Washington on the presently scheduled date.

-1-

1  The defendant is aware of the request for rescheduling and
2  approves of it.

                                              Respectfully submitted,

                                              BENJAMIN B. WAGNER
                                              United States Attorney

Dated: December 15, 2010       By:  /s/ Robin Taylor
                                              ROBIN TAYLOR
                                              Assistant U.S. Attorney
                                              Attorneys for Plaintiff

DATED: December 15, 2010       By:/s/ Michael Bigelow
                                              MICHAEL B. BIGELOW
                                              Attorney for Defendant

                                              **ORDER**

    For good cause shown above,

    **IT IS SO ORDERED.**

DATED: December 15, 2010

                                              MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE